**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2043**

---

STELLA L. ARCARO,

Plaintiff - Appellant,

versus

ALICIA H. SMITH, individually, and as a Police
Officer and Agent for the Town of Christians-
burg; TOWN OF CHRISTIANSBURG, A Virginia
Municipal Corporation,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-97-59-7)

---

Submitted:  January 31, 2000          Decided:  February 17, 2000

---

Before MURNAGHAN, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

B.K. Cruey, Shawsville, Virginia, for Appellant.   Elizabeth K.
Dillon, GUYNN & DILLON, P.C., Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stella L. Arcaro appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Arcaro v. Smith</u>, No. CA-97-59-7 (W.D. Va. July 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>